IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: 23-cv-04372-AMO 23-cv-04385-AMO 23-cv-03966-AMO 23-cv-04393-JST 23-cv-04388-JSW 23-cv-04010-JD 23-cv-04011-MMC 23-cv-04008-JD 23-cv-04371-JD 23-cv-04387-VC 23-cv-03807-VC 23-cv-04014-JD 23-cv-03973-CRB 23-cv-04373-CRB 23-cv-04369-AGT  23-cv-04368-JSW 23-cv-04365-VC | Case No. 23-md-03084-CRB **ORDER RELATING CASES** |

```
23-cv-04366-AGT
23-cv-03811-JSW
23-cv-03816-JSW
23-cv-04370-JD
```

Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds that the above-captioned cases are related to <u>In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation</u>, Case No. 23-md-3084. Accordingly, the above-captioned cases shall be reassigned to this Court.

**IT IS SO ORDERED.**

Dated: October 20, 2023

_____
CHARLES R. BREYER
United States District Judge